UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80151-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CHRISTOPHER CONTRERAS,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Bruce E. Reinhart following Change of Plea Hearing [ECF No. 30]. On November 30, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 28] during which Defendant pled guilty to Counts One and Two of the Indictment [ECF No. 3] pursuant to a written plea agreement and factual proffer [ECF No. 29]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 2 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 3]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 30] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Christopher Contreras** as to Count One and Count Two of the Indictment is **ACCEPTED**.

CASE NO. 23-80151-CR-CANNON

3. Defendant **Christopher Contreras** is adjudicated guilty of Counts 1 and 2 of the Indictment. Count 1 charges him with conspiracy to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) and 846. Count 2 charges him with possession with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) [ECF No. 3].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 19th day of December 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record